IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARRY W. ANDREWS
ADC # 83824                                                                              PETITIONER

v.                                  No. 5:14-cv-5-DPM-JJV

RAY HOBBS, Director, ADC                                                     RESPONDENT

## ORDER

Opposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b)(3). Andrews's objections are overruled because they don't explain how his claims are timely, or why his time to file should be tolled. Andrews's motions to appoint counsel, № 7 & 12, and his motion for leave to amend, № 8, are denied as moot. His petition for writ habeas corpus, № 2, is dismissed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 May 2014