IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARRY W. ANDREWS
ADC # 83824                                                                           PETITIONER

v.                                       No. 5:14-cv-5-DPM

RAY HOBBS, Director, ADC                                                   RESPONDENT

## JUDGMENT

Andrews's petition for writ of habeas corpus, № 2, is dismissed with prejudice. No certificate of appealability will issue because Andrews's petition is clearly time barred.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2014