# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HARRY W. ANDREWS**
**ADC # 83824**                                                                    **PETITIONER**

v.                                       No. 5:14-cv-5-DPM

**RAY HOBBS, Director, ADC**                                                       **RESPONDENT**

## ORDER

The Court denied Andrews a certificate of appealability because, as Judge Volpe explained, № 14 at 7, Andrews's habeas petition was time barred. For those same reasons, the latest motion for a certificate of appealability, № 19, is denied. Andrews's motion for an extension, № 20, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 May 2014